IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

BLANCA HERNANDEZ,
    Defendant.

CRIMINAL FILE NO.
1:14-CR-196-15-TWT

**ORDER**

This is an habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 635] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 605]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, any objection to the drug quantity would have been futile. The Defendant's due process claim could have been raised on direct appeal and is procedurally defaulted. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 605] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 21 day of May, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge